# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

—————————————————————x
)
) Consolidated Civil Action No.
In Re Federal National Mortgage Association ) 1:04-cv-01784 (RJL)
Securities, Derivative and "ERISA" Litigation )
)
)
————————————————————— )
In re Fannie Mae ERISA Litigation )
)
)
)
)
)
)
—————————————————————x

## MOTION FOR SUPPLEMENTAL AWARD OF EXPENSES

 Plaintiffs respectfully move this Court for a supplemental corrected expense award from the Settlement Fund for reimbursement of expenses associated with access to the electronic data base that were not included in plaintiffs' motion for an award of attorney's fees and expenses (the "Fee and Expense Application"), in the amount of $82,855.25.  As detailed below and in the Joint Declaration of Samuel K. Rosen and Edward W. Ciolko, plaintiffs' counsel inadvertently omitted this expense from the Fee and Expense Application, each counsel thinking the other had included the expense in their final expense report.  A proposed Order Awarding Supplemental Expenses is annexed hereto as Exhibit A.

 In support of this motion, plaintiffs state as follows:

 1. The parties to this litigation signed a Stipulation of Settlement on April 29, 2010, creating a Settlement Fund of $7,250,000 in cash.

 2. As part of the Settlement approval process, plaintiffs sought reimbursement of their costs and expenses from the Settlement Fund.

3.     In preparing the Fee and Expense Application, plaintiffs reviewed their records to determine the costs and expenses incurred on behalf of the Class both individually and as a group.   This included the fees and expenses associated with access to the electronic database of millions of pages of produced documents shared with the related securities action.

4.     On July 7, 2010, plaintiffs' counsel filed a motion for final approval of the Settlement and the Fee and Expense Application.  (Docket No. 133.)  As part of their Fee and Expense Application, a member of each firm prepared a chart summarizing the expenses by category.  (*See* Docket No. 135.)

5.     In reconciling the expenses awarded by the Court, it was discovered that, inadvertently, none of the firms sought reimbursement for $82,855.25 paid to access the electronic database.

6.     The Court granted the Fee and Expense Application on August 2, 2010, awarding costs and expenses in the amount of $242,403 as part of the aggregate fee and expense award of $2,659,070.  (Docket No. 144.)

7.     The Settlement Fund has not yet been distributed to Class Members.  Granting this motion will not delay payment to Class members as the final calculations have not been made.

WHEREFORE, plaintiffs respectfully request that this Motion for Supplemental Award of Expenses be granted and that an additional $82,855.25 from the Settlement Fund be paid to plaintiffs for their expenses as set forth above.

Dated: September 23, 2010                    **HARWOOD FEFFER LLP**


By **:**  <u>Samuel K. Rosen</u>
     Samuel K. Rosen
     488 Madison Avenue
     New York, New York 10022
     Telephone: (212) 935-7400

     *Lead Counsel for the ERISA Plaintiffs*

     **BARROWAY TOPAZ KESSLER**
       **MELTZER & CHECK, LLP**
     Edward W. Ciolko
     280 King of Prussia Road
     Radnor, Pennsylvania  19087
     Telephone:  (610) 667-7706

     *Counsel for ERISA Plaintiffs*